IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER N. LOUKIANOFF, et al,

        Plaintiffs,

v.

ALEXANDER "SASHA" GALITSKY, et al.,

        Defendants.
                                        /

No. CV- 12-00296 CRB

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The Court GRANTS the motion to dismiss due to the forum selection clause, and DECLINES to rule on the motion for preliminary injunction.

Dated: April 18, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk